IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NICOLAS MARQUEZ, #1451935 | § | |
| VS. | § | CIVIL ACTION NO. 9:09cv71 |
| NATHANIEL QUARTERMAN, ET AL. | § | |

## FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the complaint is hereby **DISMISSED** without prejudice.

So **ORDERED** and **SIGNED** this **1** day of **November, 2011.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE